**No. 10-461. United States ex rel. Sadek R. Ebeid, Petitioner v. Theresa A. Lungwitz, et al.**

562 U.S. 1102, 131 S. Ct. 801, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9456.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 616 F.3d 993.

**No. 10-592. Michael D. Goodson, Petitioner v. United States.**

562 U.S. 1102, 131 S. Ct. 805, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9552.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 358 Fed. Appx. 533.

**No. 10-7297. Alan Zaleski, Petitioner v. Ellen Bree Burns, et al.**

562 U.S. 1102, 131 S. Ct. 805, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9537.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 606 F.3d 51.

**No. 10-7341. Gregory Steven Horn, Petitioner v. United States.**

562 U.S. 1103, 131 S. Ct. 807, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9545.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 612 F.3d 524.

**No. 10-7382. Manuel Roman, Petitioner v. United States.**

562 U.S. 1103, 131 S. Ct. 810, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9548.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 10-7396. Robert B. Burke, Petitioner v. United States District Court for the Eastern District of Pennsylvania.**

562 U.S. 1103, 131 S. Ct. 813, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9471.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 389 Fed. Appx. 136.

**No. 10-606. In re Scott Alan Heimermann, Petitioner.**

562 U.S. 1090, 131 S. Ct. 807, 178 L. Ed. 2d 546, 2010 U.S. LEXIS 9568,

December 6, 2010. Petition for writ of habeas corpus denied.